FILED

09 SEP -1 PM 12:51

[Clerk US District Court stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

CV 09 80 221 MISC

Sandra Maria Hanna - #215831

_____/

**ORDER TO SHOW CAUSE**

It appearing that Sandra Maria Hanna has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Sandra Maria Hanna
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC  20006