FILED

NOV 0 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Sandra Maria Hanna,

    State Bar No 215831

No CV-09-80221 MISC VRW

ORDER

_____/

    On September 1, 2009, the court issued an order to show cause (OSC) why Sandra Maria Hanna should not be removed from the roll of attorneys authorized to practice law before this court based upon her inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009. The OSC was mailed to Ms. Hanna's address of record with the State Bar on September 1, 2009. Ms. Hanna filed a response on September 22, 2009, advising the court that she is now in compliance with MCLE requirements.

    The California State Bar web site indicates that Ms. Hanna is on active status as of July 30, 2009, and may practice law in California.

    The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of

Sandra Maria Hanna,

_____/

Case Number: C09-80221   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sandra M. Hanna
Willkie Farr & Gallasher LLP
1875 K Street NW
Washington, DC 20006

Dated: November 9, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*